**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### Western District of North Carolina

### Notice of Electronic Filing

The following transaction was entered on 9/3/2012 at 6:07 PM EDT and filed on 9/3/2012
**Case Name:** USA v. Tomlin
**Case Number:** 3:92-cr-00238-FDW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER denying [32] Motion to Modify Sentence as to Kareem Abdul Tomlin (1)** *Text of Order: Defendant pro se moves to modify his sentence and for appointment of counsel. The Court construes Defendant's motion as an untimely section 2255 motion. The Defendant's case is almost two decades old. Defendant has previously filed an untimely appeal. Defendant's motion is DENIED. So Ordered.***(Pro se litigant served by US Mail.) (FDW)**