# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kareem Abdul Tomlin,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:12cv578 / 3:92cr238

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/3/12 Order.

                                                Signed: September 7, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court